## THOMPSON *v.* WEBB.

FISH, J.   There was no error in admitting testimony; and there was sufficient evidence to warrant the jury in finding that the defendant admitted liability for the plaintiff's demand and promised to pay the same. This being so, and the verdict returned against him in the justice's court having, on certiorari, been approved by the judge of the superior court, the Supreme Court will allow it to stand.        *Judgment affirmed.    All the Justices concurring.*

Argued May 30, — Decided July 22, 1901.

Certiorari.    Before Judge Lumpkin.    Fulton superior court. November 13, 1901.

*Westmoreland Brothers,* for plaintiff in error.
*Thomas L. Bishop,* contra.